# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FREUDENTHAL, NANCY D. | 2. Court or Organization<br><br>DISTRICT COURT - WYOMING | 3. Date of Report<br><br>03/11/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>OFFICE OF JUDGE FREUDENTHAL<br>2120 CAPITOL AVE.<br>CHEYENNE, WY 82001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | BOARD MEMBER | WYOMING PROFESSIONAL ASSISTANCE PROGRAM |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | STATE OF WYOMING RETIREMENT PLAN WITH FORMER EMPLOYER, NO CONTROL, AGREEMENT SIGNED IN 2003 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | STATE OF WYOMING RETIREMENT DISTRIBUTION | $42,107.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | STATE OF WYOMING - RETIREMENT DISTRIBUTION |
| 2. 2018 | SELF-EMPLOYED ATTORNEY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MERIDIAN TRUST FCU (CASH ACCOUNTS) | A | Interest | K | T | | | | | |
| 2. MASS MUTUAL FIXED WHOLE LIFE PAID-UP AT AGE 65 INSURANCE | C | Dividend | M | T | | | | | |
| 3. VOYA/SECURITY LIFE OF DENVER LIFE INSURANCE POLICY | B | Interest | L | T | | | | | |
| 4. AMERIPRISE NON-QUALIFIED CASH RESERVE CERTIFICATE | A | Interest | M | T | | | | | |
| 5. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 6. AMERIPRISE INSURED MONEY MARKET (AIMMA) | A | Interest | J | T | | | | | |
| 7. AMERICAN CENTURY MID CAP VALUE INVESTOR CL (ACMVX) | C | Dividend | K | T | | | | | |
| 8. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL (BSIIX) | A | Dividend | K | T | | | | | |
| 9. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) | C | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 10. | | | | | Sold (part) | 08/15/18 | J | A | |
| 11. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z (CTRZX) | D | Dividend | N | T | Buy (add'l) | 02/15/18 | J | | |
| 12. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 13. | | | | | Sold (part) | 08/15/18 | J | | |
| 14. | | | | | Sold (part) | 11/15/18 | J | | |
| 15. MULTIMANAGER SMALL CAP EQUITY STRATEGIES CL Z (CZMSX) | C | Dividend | K | T | Sold (part) | 05/18/18 | J | A | |
| 16. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 17. | | | | | Buy (add'l) | 11/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MULTI MANAGER GROWTH STRATEGIES CL Z (CZMGX) | D | Dividend | K | T | Sold (part) | 02/15/18 | J | B | |
| 19. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 20. | | | | | Sold (part) | 08/15/18 | J | A | |
| 21. | | | | | Sold (part) | 11/15/18 | J | A | |
| 22. MULTI MANAGER INTL EQ STRAT INSTL (CMIEX) | A | Dividend | K | T | Buy | 05/18/18 | K | | |
| 23. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 24. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 25. MULTI MANAGER DIRECTIONAL ALTERNATIVE STRATEGIES CL Z (CDAZX) | | None | | | Sold | 02/15/18 | K | B | |
| 26. DELAWARE US GROWTH INSTL CL (DEUIX) | C | Dividend | K | T | | | | | |
| 27. MFS INTL VALUE CL I (MINIX) | A | Dividend | K | T | Sold (part) | 05/18/18 | J | B | |
| 28. MFS VALUE CL I (MEIIX) | A | Dividend | K | T | Sold (part) | 11/15/18 | J | A | |
| 29. NUVEEN SYMPHONY FOLATING RATE INCOME CL I (NFRIX) | A | Dividend | K | T | | | | | |
| 30. OPPENHEIMER INTL GROWTH CL Y (OIGYX) | | None | | | Sold | 05/18/18 | K | C | |
| 31. PGIM JENN MID CAP GR Z (FORMERLY PRUD JENN MID CAP GR Z) (PEGZX) | D | Dividend | K | T | Buy (add'l) | 11/15/18 | J | | |
| 32. WELLS FARGO EMERGING MARKETS EQUITY INSTL CL (EMGNX) | A | Dividend | K | T | Sold (part) | 02/15/18 | J | B | |
| 33. | | | | | Buy (add'l) | 08/15/18 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ISHARES MSCI EAFE VALUE ETF (EFV) | | None | | | Sold | 05/18/18 | K | B | |
| 35. ISHARES CORE MSCI EMERG MKTS ETF (IEMG) | A | Dividend | J | T | Buy | 02/15/18 | J | | |
| 36. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 37. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 38. AMERIPRISE INSURED MONEY MARKET (CASH) | A | Interest | J | T | | | | | |
| 39. COLUMBIA DIVIDEND OPPTY CL A (INUTX) | C | Dividend | K | T | | | | | |
| 40. COLUMBIA LARGE CAP VAL A (FORMERLY COLUMBIA DIVERS EQ INC A) (INDZX) | B | Dividend | K | T | | | | | |
| 41. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #1 (H) | | | | | | | | | |
| 42. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | | None | M | T | | | | | |
| 43. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #2 (H) | | | | | | | | | |
| 44. RIVERSOURCE COLUMBIA VP-MANAGED VOLATILITY MODERATE GROWTH FUND CL 2 | | None | N | T | | | | | |
| 45. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | | None | N | T | | | | | |
| 46. RIVERSOURCE LIFE RIVERSOURCE RAVA 5 ADVANTAGE VARIABLE ANNUITY #3 (H) | | | | | | | | | |
| 47. RIVERSOURCE VP-MODERATE PORTFOLIO CLASS 2 | | None | M | T | | | | | |
| 48. RIVERSOURCE LIFE RETIREMENT ADVISOR ADV VARIABLE ANN #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. RIVERSOURCE VP MODERATE C12 | | None | J | T | | | | | |
| 50. IRA #1 (H) | | | | | | | | | |
| 51. DREYFUS GOVT CASH MGMT FDS INSTL SHS 289 (Y) | | | | | | | | | |
| 52. COLUMBIA ADAPTIVE RISK ALLOC CL Z (CRAZX) | B | Dividend | K | T | | | | | |
| 53. COLUMBIA ALTERNATIVE BETA CL Z (CLAZX) | | None | J | T | | | | | |
| 54. ISHARES MSCI PACIFIC EX JAPAN ETF (EPP) (Y) | | | | | | | | | |
| 55. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | | |
| 56. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 57. ISHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (LQD) | A | Dividend | J | T | Buy (add'l) | 08/01/18 | J | | |
| 58. ISHARES 20+YR TREAS BD ETF (TLT) | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 59. | | | | | Sold (part) | 03/12/18 | J | | |
| 60. | | | | | Sold (part) | 06/01/18 | J | | |
| 61. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 62. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 63. | | | | | Sold (part) | 10/01/18 | J | | |
| 64. ISHARES 7-10YR TREASURY BOND ETF (IEF) | A | Dividend | J | T | Buy (add'l) | 02/01/18 | J | | |
| 65. | | | | | Buy (add'l) | 03/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Sold (part) | 06/01/18 | J | | |
| 67. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 68. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 69. | | | | | Sold (part) | 10/01/18 | J | | |
| 70. ISHARES 1-3 YR TREASURY BOND ETF (SHY) | A | Dividend | J | T | Buy (add'l) | 02/01/18 | J | | |
| 71. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 72. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 73. | | | | | Sold (part) | 10/01/18 | J | | |
| 74. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 75. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 76. | | | | | Sold (part) | 07/02/18 | J | | |
| 77. | | | | | Sold (part) | 08/01/18 | J | | |
| 78. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 79. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 80. ISHARES JPMORGAN USD EMERGING MARKETS BOND ETF (EMB) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | | |
| 81. | | | | | Sold | 08/01/18 | J | | |
| 82. | | | | | Buy | 10/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. | ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | | |
| 84. | | | | | | Sold | 08/01/18 | J | | |
| 85. | | | | | | Buy | 10/01/18 | J | | |
| 86. | | | | | | Sold (part) | 11/01/18 | J | | |
| 87. | ISHARES 3-7 YR TREAS BOND ETF (IEI) | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 88. | | | | | | Sold (part) | 10/01/18 | J | | |
| 89. | SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 90. | | | | | | Buy (add'l) | 06/01/18 | J | | |
| 91. | | | | | | Sold (part) | 07/02/18 | J | | |
| 92. | | | | | | Sold (part) | 08/01/18 | J | | |
| 93. | | | | | | Sold (part) | 12/31/18 | J | | |
| 94. | VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | A | |
| 95. | | | | | | Buy (add'l) | 02/20/18 | J | | |
| 96. | | | | | | Buy (add'l) | 12/03/18 | J | | |
| 97. | VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | A | Dividend | J | T | | | | | |
| 98. | VANGUARD REIT INDEX ETF (VNQ) | A | Dividend | J | T | Sold | 08/01/18 | J | | |
| 99. | | | | | | Buy | 10/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. BARCLAYS BANK PLC IPATH BLOOMBERG COMMODITY INDEX TOT RETURN (DJP) (Y) | | | | | | | | | |
| 101. IRA #2 (H) | | | | | | | | | |
| 102. COLUMBIA CAP ALLOC MODERATE AGGRESSIVE CL A (NBIAX) (Y) | | | | | | | | | |
| 103. IRA #3 (H) | | | | | | | | | |
| 104. DREYFUS GOVT CASH MGMT FDS INSTL SHS 289 | A | Interest | K | T | | | | | |
| 105. INVESCO BALANCED RISK COMM STRAT Y (BRCYX) | | None | J | T | Buy | 01/29/18 | K | | |
| 106. COLUMBIA CORPORATE INCOME CL Z (SRINX) | B | Dividend | L | T | Buy (add'l) | 01/29/18 | J | | |
| 107. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 108. | | | | | Sold (part) | 07/16/18 | J | | |
| 109. | | | | | Sold (part) | 12/17/18 | J | | |
| 110. COLUMBIA SELECT LARGE CAP GROWTH CL Z (UMLGX) | | None | K | T | Sold (part) | 01/29/18 | J | A | |
| 111. | | | | | Sold (part) | 02/26/18 | J | A | |
| 112. | | | | | Sold | 04/26/18 | J | | |
| 113. | | | | | Buy | 12/17/18 | K | | |
| 114. DEUTSCHE X TRACKERS MSCI JAPAN HEDGED EQUITY ETF (DBJP) | | None | | | Sold | 01/29/18 | K | B | |
| 115. JOHN HANCOCK CLASSIC VALUE CL 1 (JCVIX) | B | Dividend | K | T | Sold (part) | 01/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 117. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 118. JOHN HANCOCK US GLOBAL LEADERS GROWTH CL I (USLIX) | C | Dividend | | | Sold (part) | 01/29/18 | J | A | |
| 119. | | | | | Sold (part) | 02/26/18 | J | A | |
| 120. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 121. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 122. | | | | | Sold | 12/17/18 | K | | |
| 123. JANUS HENDERSON US MANAGED VOLATILITY CL I (JRSIX) | B | Dividend | K | T | Buy (add'l) | 04/26/18 | J | | |
| 124. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 125. | | | | | Sold (part) | 09/17/18 | J | | |
| 126. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 127. JOHN HANCOCK STRATEGIC INCOME OPPTYS CL I (JIPIX) | A | Dividend | | | Sold (part) | 01/29/18 | J | A | |
| 128. | | | | | Sold (part) | 02/26/18 | J | A | |
| 129. | | | | | Sold | 04/26/18 | K | | |
| 130. BRANDYWINE GLOBAL BOND I (FORMERLY LEGG MASON BW ABS RETURN) (LROIX) | A | Dividend | J | T | Sold | 02/26/18 | J | A | |
| 131. | | | | | Buy | 07/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 132. OPPENHEIMER GLOBAL VALUE CL Y (GLVYX) | A | Dividend | J | T | Sold (part) | 07/16/18 | J | | |
| 133. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 134. PRINCIPAL GLOBAL REAL ESTATE SEC I (POSIX) | A | Dividend | J | T | Buy | 02/26/18 | J | | |
| 135. WELLS FARGO INTL VALUE INSTL CL (WFVIX) | A | Dividend | K | T | Sold (part) | 01/29/18 | J | B | |
| 136. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 137. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 138. WESTERN ASSET CORE PLUS BOND I (WACPX) | A | Dividend | J | T | Buy | 02/26/18 | J | | |
| 139. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 140. | | | | | Sold (part) | 07/16/18 | J | | |
| 141. ISHARES 20+ YR TREAS BOND ETF (TLT) | A | Dividend | J | T | Buy | 02/26/18 | J | | |
| 142. ISHARES 1-3YR TREASURY BOND ETF (SHY) | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 143. | | | | | Sold (part) | 04/26/18 | J | | |
| 144. ISHARES 3-7YR TREASURY BOND ETF (IEI) | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 145. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 146. | | | | | Sold (part) | 12/17/18 | J | | |
| 147. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 148. | | | | | Buy (add'l) | 02/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 150. | | | | | Sold (part) | 07/16/18 | J | | |
| 151. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 152. ISHARES MSCI JAPAN ETF NEW (EWJ) | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 153. | | | | | Sold (part) | 12/17/18 | J | | |
| 154. ISHARES CURRENCY HEDGED MSCI EUROZONE ETF (HEZU) | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 155. | | | | | Sold (part) | 02/26/18 | J | | |
| 156. VANGUARD CONSUMER STAPLES ETF (VDC) | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 157. VANGUARD ENERGY ETF (VDE) | A | Dividend | J | T | Buy | 04/26/18 | J | | |
| 158. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 159. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 160. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 161. VANGUARD SHORT TERM CORP BOND ETF (VCSH) | A | Dividend | | | Sold | 02/26/18 | K | | |
| 162. VANGUARD SMALL CAP ETF (VB) | | None | | | Sold | 01/29/18 | K | B | |
| 163. VANGUARD MORTGAGE BACKED SECURITIES ETF (VMBS) | B | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 164. | | | | | Sold (part) | 12/17/18 | J | | |
| 165. VANGUARD SMALL CAP VALUE ETF (VBR) | A | Dividend | | | Buy | 01/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 166. | | | | | Sold (part) | 08/27/18 | J | | |
| 167. | | | | | Sold | 09/17/18 | J | | |
| 168. VANGUARD VALUE ETF (VTV) | A | Dividend | J | T | Sold | 01/29/18 | J | B | |
| 169. | | | | | Buy | 12/17/18 | J | | |
| 170. TRUST #1 (H) | | | | | | | | | |
| 171. STIFEL BANK PROGRAM (CASH ACCOUNT) (Y) | | | | | | | | | |
| 172. WELLS FARGO & CO NEW DEP SHS REPSTG (WFC'J) | A | Int./Div. | | | Redeemed | 09/17/18 | K | A | |
| 173. JEFFERIES GROUP INC SR NOTE (472319AE2) | A | Int./Div. | | | Sold | 11/05/18 | K | | |
| 174. LORD ABBETT DEVELOPING GROWTH CL A (LAGWX) | | None | | | Sold | 02/26/18 | K | C | |
| 175. BLACKROCK ENERGY & RESOURCES TRUST (BGR) | A | Dividend | | | Sold | 11/05/18 | J | | |
| 176. EATON VANCE ENHANCED EQUITY INCOME FUND (EOI) | B | Dividend | | | Sold | 11/05/18 | K | | |
| 177. EATON VANCE ENHANCED EQUITY FUND II (EOS) | A | Dividend | | | Sold (part) | 02/26/18 | J | | |
| 178. | | | | | Sold | 11/05/18 | J | | |
| 179. EATON VANCE TAX MANAGED GLOBAL DIVERSIFIED EQUITY INCOME FD (EXG) | A | Dividend | | | Sold | 11/05/18 | J | | |
| 180. KAYNE ANDERSON ENERGY TOTAL RETURN FUND (KYE) | A | Dividend | | | Sold | 11/05/18 | J | | |
| 181. RESIDENTIAL PROPERTY, CODY, PARK COUNTY, WYOMING | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 182. RENTAL PROPERTY, CODY, PARK COUNTY, WYOMING | D | Rent | L | W | | | | | |
| 183. TRUST #2 (H) | | | | | | | | | |
| 184. STIFEL BANK PROGRAM MONEY MARKET (X) | A | Interest | J | T | | | | | |
| 185. CARBON COUNTY WY SCHOOL DIST 1 RAWLINS BLDG BDS B/E (141028EF3) | A | Interest | J | T | | | | | |
| 186. CASPER WY CMNTY CLLG DIST REV SER B B/E BABS TXBL (147647AY7) | A | Interest | J | T | | | | | |
| 187. AMERICAN FUNDS, CAPITAL INCOME BUILDER CL A (CAIBX) | B | Dividend | K | T | | | | | |
| 188. DODGE & COX STOCK (DODGX) | D | Dividend | L | T | | | | | |
| 189. FIRST INVESTORS TAX EXEMPT INCOME CL A (FITAX) | A | Dividend | J | T | | | | | |
| 190. FRANKLIN INCOME CL A (FKINX) | A | Dividend | J | T | | | | | |
| 191. AMERICAN FUNDS, INCOME FUND OF AMERICA (AMECX) | B | Dividend | K | T | | | | | |
| 192. FIRST TRUST INTERMEDIATE DURATION PFD & INCOME FUND (FPF) | A | Dividend | J | T | | | | | |
| 193. PENNANT PARK FLOATING RATE CAP LTD (PFLT) | B | Dividend | K | T | | | | | |
| 194. OTHER HOLDINGS (H) | | | | | | | | | |
| 195. FID FREEDOM K 2015 (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
| --- | --- |
| FREUDENTHAL, NANCY D. | 03/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NANCY D. FREUDENTHAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544